IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BONUTTI SKELETAL INNOVATIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | Civil Action No. _____ |
| CONFORMIS, INC., | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) ) | |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Bonutti Skeletal Innovations LLC states as follows: Acacia Research Corporation is a publicly-held corporation that holds 100% interest in Acacia Research Group LLC, with Acacia Research Group LLC holding 100% interest in Advanced Skeletal Innovations LLC, and with Advanced Skeletal Innovations LLC owning more than 10% of Bonutti Skeletal Innovations LLC.

POTTER ANDERSON & CORROON LLP

By: _____

OF COUNSEL

Brian M. Rothery
Steven B. Pokotilow
Deepal S. Chadha
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400

Dated: September 10, 2012
1074074

Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Plaintiff Bonutti Skeletal Innovations LLC*