IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BONUTTI SKELETAL INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZIMMER HOLDINGS, INC. and ZIMMER, INC.<br><br>Defendants. | C.A. No. 12-1107-GMS<br><br>JURY TRIAL DEMANDED |
| BONUTTI SKELETAL INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>CONFORMIS, INC.,<br><br>Defendant. | C.A. No. 12-1109-GMS<br><br>JURY TRIAL DEMANDED |
| BONUTTI SKELETAL INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>WRIGHT MEDICAL GROUP, INC. and WRIGHT MEDICAL TECHNOLOGY, INC.<br><br>Defendants. | C.A. No. 12-1110-GMS<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' JOINT MOTION TO STAY
LITIGATION PENDING *INTER PARTES* REVIEW**

Defendants Zimmer, Inc. and Zimmer Holdings, Inc. (collectively, "Zimmer"); ConforMIS, Inc. ("ConforMIS"); and Wright Medical Group, Inc. and Wright Medical Technology, Inc. (collectively, "Wright Medical") respectfully jointly move for an order, in a

1

form substantially similar to the proposed order attached hereto, staying the above-captioned actions in their entirety pending completion of the petitions for *inter partes* review of U.S. Patent Nos. 7,749,229 and 7,806,896 filed by Smith & Nephew, Inc.; the petitions for *inter partes* review of U.S. Patent Nos. 7,837,736; 7,959,635; and 7,806,896 filed by Zimmer; and the petition for *inter partes* review of U.S. Patent No. 7,806,896 filed by Wright Medical; and any appeals therefrom. The grounds for this Joint Motion are fully set forth in the Opening Brief in Support of Defendants' Joint Motion to Stay Pending *Inter Partes* Review by Defendants Zimmer, ConforMIS, and Wright Medical, and the supporting Declaration, filed contemporaneously herewith.

Dated: January 22, 2014                    Respectfully submitted,

/s/ *Jeremy A. Tigan*
Jack B. Blumenfeld
Jeremy A. Tigan
**MORRIS, NICHOLS, ARSHT &**
   **TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
E-mail: jblumenfeld@mnat.com
E-mail: jtigan@mnat.com

Ken Liebman (*admitted pro hac vice*)
Elizabeth Cowan Wright (*admitted pro hac vice*)
**FAEGRE BAKER DANIELS LLP**
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
E-mail: ken.liebman@faegrebd.com
E-mail: elizabeth.cowanwright@faegrebd.com

Daniel M. Lechleiter (*admitted pro hac vice*)
**FAEGRE BAKER DANIELS LLP**

2

300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-mail: daniel.lechleiter@faegrebd.com

***Attorneys for Defendants Zimmer Holdings, Inc. and Zimmer, Inc.***

*/s/ Melanie K. Sharp*
Melanie K. Sharp (No. 2501)
Samantha G. Wilson (No. 5816)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6681
E-mail: msharp@ycst.com
E-mail: swilson@ycst.com

Charles E. Lipsey (*admitted pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP**
Two Freedom Square
Reston, VA 20190
Telephone: (571) 203-2700
E-mail: charles.lipsey@finnegan.com

Howard W. Levine (*admitted pro hac vice*)
Sanya Sukduang (*admitted pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
E-mail: howard.levine@finnegan.com
E-mail: sanya.sukduang@finnegan.com

Alissa K. Lipton (*admitted pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP**
Two Seaport Lane
Boston, MA 02210-2001
Telephone: (617) 646-1600
E-mail: alissa.lipton@finnegan.com

***Attorneys for Defendant ConforMIS, Inc.***

/s/ Benjamin A. Smyth
Matt Neiderman (No. 4018)
Benjamin A. Smyth (No. 5528)
**DUANE MORRIS LLP**
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: mneiderman@duanemorris.com
E-mail: basmyth@duanemorris.com

Anthony J. Fitzpatrick (*admitted pro hac vice*)
**DUANE MORRIS LLP**
100 High Street, Suite 2400
Boston, MA 02110-1724
Telephone: (857) 488-4200
Facsimile: (857) 488-4201
E-mail: ajfitzpatrick@duanemorris.com

Samuel W. Apicelli (*admitted pro hac vice*)
Jeffrey S. Pollack (*admitted pro hac vice*)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000
Facsimile: (215) 979-1020
E-mail: swapicelli@duanemorris.com
E-mail: jspollack@duanemorris.com

Michael A. Albert
James J. Foster
**WOLF, GREENFIELD & SACKS, P.C.**
600 Atlantic Avenue
Boston, MA 02210-2206
Telephone: (617) 646-8000
Facsimile: (617) 646-8646
E-mail: malbert@wolfgreenfield.com
E-mail: jfoster@wolfgreenfield.com

*Attorneys for Defendants Wright Medical Group, Inc. and Wright Medical Technology*

01:14858166.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 22, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Philip A. Rovner<br>Jonathan A. Choa<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302)984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com | *VIA ELECTRONIC MAIL* |
| Brian M. Rothery<br>Steven B. Pokotilow<br>Deepal S. Chadha<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>(212)806-5400<br>brothery@stroock.com<br>spokotilow@stroock.com<br>dchadha@stroock.com | *VIA ELECTRONIC MAIL* |

*/s/ Melanie K. Sharp*

5