

Potter
Anderson
Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
(302) 984-6140 Direct Phone
(302) 658-1192 Fax

March 7, 2014

**BY E-FILE**

The Honorable Gregory M. Sleet
Chief Judge
United States District Court
  for the District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE  19801

>  Re:   Bonutti Skeletal Innovations LLC v. Zimmer Holdings, Inc., et al.
>         D. Del., C.A. No. 12-1107-GMS
>         Bonutti Skeletal Innovations LLC v. ConforMIS, Inc.,
>         D. Del., C.A. No. 12-1109-GMS
>         Bonutti Skeletal Innovations LLC v. Wright Medical Group, Inc., et al.,
>         D. Del., C.A. No. 12-1110-GMS

Dear Chief Judge Sleet:

    Plaintiff, Bonutti Skeletal Innovations, Inc. ("Bonutti Skeletal"), writes in regard to the *inter partes* review ("IPR") petitions filed by third-party Smith & Nephew, Inc. Defendants in the above captioned actions, Zimmer Holdings, Inc. ("Zimmer"), ConforMIS, Inc. ("ConforMIS"), and Wright Medical Group ("Wright"), have filed a joint motion to stay pending that IPR. *Bonutti Skeletal Innovations LLC* v. *Zimmer Holdings, Inc.,* C.A. No. 12-1107 (GMS), D.I. 35; *Bonutti Skeletal Innovations LLC* v. *ConforMIS, Inc.,* C.A. No. 12-cv-1109 (GMS), D.I. 42; *Bonutti Skeletal Innovations LLC* v. *Wright Medical Grp.,* C.A. No. 12-1110 (GMS), D.I. 33.

    Pursuant to Local Rule 7.1.2(b), I write to inform the Court that on February 28, 2014, the USPTO denied Smith & Nephew's IPR petition for review of claim 13 of U.S. Patent No. 7,806,896 (the "'896 patent") and granted Smith & Nephew's IPR petition for review of claim 1 of the '896 patent. A copy of the decision denying and granting in part Smith & Nephew's IPR petition with respect to the '896 patent is attached hereto as Exhibit A (the "'896 Decision"). The USPTO "concluded that Petitioner has not demonstrated a reasonable likelihood of prevailing on its assertion that claim 13 of the '896 patent is unpatentable." ('896 Decision at 27.) The USPTO stated: "[a]t this stage of the proceeding, we have not made a final determination on the patentability of claim 1." (*Id.*) Bonutti Skeletal currently asserts the '896 patent against each of Zimmer, ConforMIS, and Wright.

The Honorable Gregory M. Sleet
March 7, 2014
Page 2

      Additionally, on February 26, 2014, the USPTO granted Smith & Nephew's IPR petition for review of claim 23 of U.S. Patent No. 7,749,229 (the "'9229 patent"). A copy of the decision granting Smith & Nephew's IPR petition with respect to the '896 patent is attached hereto as Exhibit B (the "'9229 Decision"). The USPTO stated: "we have not made a final determination on the patentability of the challenged claim." ('9229 Decision at 22.) Bonutti Skeletal currently asserts the '9229 patent against only Zimmer.

                                            Respectfully,

                                            /s/ *Philip A. Rovner*

                                            Philip A. Rovner
                                            provner@potteranderson.com

PAR/mes/1141947
cc: All counsel of record – by CM/ECF and E-mail