# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BONUTTI SKELETAL INNOVATIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 12-1109 (GMS) |
| CONFORMIS, INC., | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | **JOINT STIPULATION OF DISMISSAL** |
| CONFORMIS, INC., | ) ) | |
| Counterclaim Plaintiff, | ) ) | |
| vs. | ) ) | |
| ACACIA RESEARCH CORPORATION, ACACIA RESEARCH GROUP LLC, ADVANCED SKELETAL INNOVATIONS LLC, BONUTTI SKELETAL INNOVATIONS LLC, and PHILLIP MITCHELL, | ) ) ) ) ) ) ) | |
| Counterclaim Defendants. | ) | |

IT IS HEREBY stipulated and agreed, by and between the parties, subject to the Court's approval, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) all the claims and counterclaims in the case are hereby dismissed with prejudice. The Court will retain jurisdiction in connection with the enforcement of the Settlement Agreement between the parties. Each party to bear its own costs and attorney fees.

| POTTER ANDERSON & CORROON LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| By*:  /s/ Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br><br>*Attorneys for Plaintiff Bonutti Skeletal Innovations LLC* | By:  */s/ Melanie K. Sharp*<br>Melanie K. Sharp (#2501)<br>Samantha G. Wilson (#5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>msharp@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Defendant ConforMIS, Inc.* |
| CONNOLLY GALLAGHER LLP | PROCTOR  HEYMAN LLP |
| By:  */s/ Arthur G. Connolly III*<br>Arthur G. Connolly III (#2667)<br>Ryan P. Newell,  (#4744)<br>The Brandywine Building<br>1000 North West Street, 14th Floor<br>Wilmington, DE  19801<br>(302) 757-7300<br>aconnolly@connollygallagher.com<br>rnewell@connollygallagher.com<br><br>*Attorneys for Counterclaim Defendants Acacia Research Corporation, Acacia Research Group LLC and Phillip Mitchell* | By:  */s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>(302) 472-7300<br>dgattuso@proctorheyman.com<br><br>*Attorneys for Counterclaim Defendant Advanced Skeletal Innovations LLC* |

Dated: February 3, 2015

SO ORDERED:

_____
Gregory M. Sleet, U.S. District Judge

Dated: _____, 2015.

1179816